# Exhibit 1

FILED
CIVIL ACTIONS BRANCH
SEP 01 2021
Superior Court of the
District of Columbia
Washington, D.C.



**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. __2021 03296__

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

__Tony Staton__
PLAINTIFF
__816 Southern ave apt 204__
Address (No Post Office Boxes)
__Wash       DC       20032__
City            State            Zip Code
__202-819-2941__
Telephone Number
__ToniStaton2014@gmail.com__
Email Address (optional)

vs

__Vesta Corporation__
DEFENDANT
__175 Powder Forest Dr,__
Address (No Post Office Boxes)
__Weatogue, CT       06089__
City            State            Zip Code
__860-325-1700__
Telephone Number
__Info@vestacorp.com__
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   When moving in I asked for a handicapp apt for my ESA and I, Vestacorp gave the handicapp apt. to Hymie the maintenance man and family who is not handicapp. After that Hymie walked into my apartment no notice seen my baby mom naked. 1-23-21 my vehicle was towed because Hymie told D.C. Harvey my vehicle had been sitting. 8-19-21 Hymie was upset because I called DCRA and they inspected my apt in front of the neighborhood he cursed and screamed at my child and I in front of my neighbors. Because of the mice vermin getting in my dog food it has caused my ESA to get worms and sick, I always have to replace my dog food bags.

2. What relief are you requesting from the Court? Include any request for money damages.

   I am suing for discrimination, harassment because they have not gave my ESA and I suitable apartment in the amount of 1 million dollars.


3. State any other information, of which the Court should be aware:

_____
_____
_____
_____
_____
_____
_____

### SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

*/s/ Jay Slater*
**SIGNATURE**

8-31-21
**DATE**

Subscribed and sworn to before me this __31st__ day of __August__, 20_21_.

_Adrienne X. emanol_
(Notary Public/Deputy Clerk)

2